IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:03-cv-515-F |
| | ) | |
| TUSKEGEE UNIVERSITY, *et al.*, | ) | (WO-Not Recommended for Publication) |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all claims in this action pursuant to federal law (Counts One and Two), judgment is ENTERED in favor of Defendant Tuskegee University and against Plaintiff Patricia Arnold, with Plaintiff taking nothing by her claims.

(2) Plaintiff's remaining state-law claims (Counts Three, Four, Five, and Six) are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367.

(2) Costs are TAXED in favor of Defendant Tuskegee University against Plaintiff Patricia Arnold for which execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 9th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE