IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA ARNOLD, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:03-cv-515-MEF |
| TUSKEGEE UNIVERSITY, *et al.*, | ) |
| | ) (WO-Not Recommended for Publication) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on the Plaintiff's Opposition to Defendant's Bill of Costs (Doc. # 111) and the Defendant's Motion to Strike Plaintiff's Opposition to Bill of Costs (Doc. # 114). The Plaintiff's objection to the bill of costs in this case was untimely. Moreover, the objection lacks merit as the Defendant is entitled to recover the costs set forth in the Bill of Costs (Doc. # 109). Accordingly, it is hereby ORDERED that Defendant's Motion to Strike Plaintiff's Opposition to Bill of Costs (Doc. # 114) is GRANTED and Plaintiff's Opposition to Defendant's Bill of Costs (Doc. # 111) is STRICKEN.

DONE this the 27th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE